B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re   Tennco Food, Inc.                                            Case No.   11-33223
                                           Debtor(s)                        Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aramark (Crest Uniform)<br>PO Box 7247-0342<br>Philadelphia, PA 19170-0342 | Aramark (Crest Uniform)<br>PO Box 7247-0342<br>Philadelphia, PA 19170-0342 | | | 3,586.13 |
| AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | | | 2,223.41 |
| City of Oak Ridge<br>Municipal Bldg-Bus Off<br>PO Box 1<br>Oak Ridge, TN 37831-0001 | City of Oak Ridge<br>Municipal Bldg-Bus Off<br>PO Box 1<br>Oak Ridge, TN 37831-0001 | | | 3,280.35 |
| Franke Resupply Systems, Inc.<br>8007 Innovation Way<br>Chicago, IL 60682-0080 | Franke Resupply Systems, Inc.<br>8007 Innovation Way<br>Chicago, IL 60682-0080 | | | 4,082.38 |
| Hodges Doughty & Carson<br>PO Box 869<br>Knoxville, TN 37901 | Hodges Doughty & Carson<br>PO Box 869<br>Knoxville, TN 37901 | | | 2,000.00 |
| Hurst Heating & Air<br>8527-A Asheville Highway<br>Knoxville, TN 37924 | Hurst Heating & Air<br>8527-A Asheville Highway<br>Knoxville, TN 37924 | | | 27,565.32 |
| IFH Foodservice Distribution<br>543 12th Street Drive NW<br>Hickory, NC 28603-2947 | IFH Foodservice Distribution<br>543 12th Street Drive NW<br>Hickory, NC 28603-2947 | | | 340,000.00 |
| KFC Corporation - Royalty<br>PO Box 102778<br>Atlanta, GA 30368-2778 | KFC Corporation - Royalty<br>PO Box 102778<br>Atlanta, GA 30368-2778 | | | 109,887.95 |
| Knoxville Advertising Co-Op<br>JRN Inc, Attn: Frankie B<br>209 West 7th Street<br>Columbia, TN 38401-3233 | Knoxville Advertising Co-Op<br>JRN Inc, Attn: Frankie B<br>209 West 7th Street<br>Columbia, TN 38401-3233 | | | 105,362.33 |
| KUB<br>PO Box 59017<br>Knoxville, TN 37950-9017 | KUB<br>PO Box 59017<br>Knoxville, TN 37950-9017 | | | 35,440.39 |
| Lenoir City Utilities Board<br>PO Box 449<br>Lenoir City, TN 37771-0449 | Lenoir City Utilities Board<br>PO Box 449<br>Lenoir City, TN 37771-0449 | | | 4,623.53 |

B4 (Official Form 4) (12/07) - Cont.

In re  Tennco Food, Inc.        Case No. 11-33223

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| On Display<br>PO Box 644361<br>Pittsburgh, PA 15264-4361 | On Display<br>PO Box 644361<br>Pittsburgh, PA 15264-4361 | | | 6,296.51 |
| One System POP<br>PO Box 644361<br>Pittsburgh, PA 15264-4361 | One System POP<br>PO Box 644361<br>Pittsburgh, PA 15264-4361 | | | 8,112.50 |
| Orkin Exterminating Company, Inc.<br>PO Box 1504<br>Atlanta, GA 30301-1504 | Orkin Exterminating Company, Inc.<br>PO Box 1504<br>Atlanta, GA 30301-1504 | | | 2,701.61 |
| Prime Source Food Service<br>PO Box 671679<br>Dallas, TX 75267-1679 | Prime Source Food Service<br>PO Box 671679<br>Dallas, TX 75267-1679 | | | 4,731.39 |
| Rapid Fire Equipment, Inc<br>PO Box 4307<br>Sevierville, TN 37864 | Rapid Fire Equipment, Inc<br>PO Box 4307<br>Sevierville, TN 37864 | | | 2,631.30 |
| Reeford Cagle Plumbing<br>7435 Sparkle Lane<br>Knoxville, TN 37931 | Reeford Cagle Plumbing<br>7435 Sparkle Lane<br>Knoxville, TN 37931 | | | 2,518.00 |
| Scott's Plumbing Company, Inc.<br>1924 Dutch Valley Rd.<br>Knoxville, TN 37918 | Scott's Plumbing Company, Inc.<br>1924 Dutch Valley Rd.<br>Knoxville, TN 37918 | | | 2,890.53 |
| UFPC Smallwares Connection<br>PO Box 73184<br>Cleveland, OH 44193 | UFPC Smallwares Connection<br>PO Box 73184<br>Cleveland, OH 44193 | | | 1,964.35 |
| Waste Management of Tennessee-Knoxville<br>2555 Meridian Blvd Suite 200<br>Franklin, TN 37067 | Waste Management of Tennessee-Knoxville<br>2555 Meridian Blvd Suite 200<br>Franklin, TN 37067 | | | 8,136.05 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President/Secretary and Shareholder of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 12, 2011      Signature  /s/ Curtis E. Ransom
                                                       Curtis E. Ransom
                                                       Vice President/Secretary and Shareholder

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.