BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: § | |
| § | |
| Tennco Food, Inc. § | Case No.: 11-33223 |
| § | |
| § | |
| Debtor(s) § | |
| § | |

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: May 12, 2011

/s/ Curtis E. Ransom
Curtis E. Ransom/Vice President/Secretary and Shareholder
Signer/Title

Date: May 12, 2011

/s/ Douglas S. Draper
Signature of Attorney
Douglas S. Draper  #5073
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras St.
Suite 2500
New Orleans, LA 70130
504-299-3300   Fax: 504-299-3399

22-3543488
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Aarons Grant & Habif, LLC
3500 Piedmont Road
Suite 600
Atlanta, GA 30305


Able Door & Glass
PO Box 52493
Knoxville, TN 37950-2493


Abt SRBI Inc.
Attn: CHAMPS Accounting
PO Box 84 6134
Boston, MA 02284-3134


ADT Security Services (Box 371967)
PO Box 371967
Pittsburgh, PA 15250-7967


ADT Security Services, Inc (Box 371994)
P O Box 371994
Pittsburgh, PA 15250-7994


Aire-Master
PO Box 71057
Knoxville, TN 37938


Alamo Welding & Steel Company
1318 Karnes Avenue
Knoxville, TN 37917


Alexander Terras, Esq.
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507


Allied Glass Co., Inc.
810 E. Gov John Sevier
Hwy Unit B
Knoxville, TN 37920

```
Altman Insurance Services
1246 South Third Street
Louisville, KY 40203


American Paving & Construction
PO Box 11205
Knoxville, TN 37939


Anderson County Clerk
100 Main Street, Room 111
Clinton, TN 37716


Anderson County Trustee
PO Box 25
Clinton, TN 37717-0025


Aramark (Crest Uniform)
PO Box 7247-0342
Philadelphia, PA 19170-0342


Archway Marketing Services
Department 4599
Carol Stream, IL 60122-4599


AT&T
PO Box 105262
Atlanta, GA 30348-5262


Auspex Capital, LLC
3780 Kilroy Airport Way
Suite 360
Long Beach, CA 90806


Badgeco, Inc.
PO Box 336
Redfield, AR 72132
```

Barco Uniforms, Inc.
P.O. Box 31001-1627
Pasadena, CA 91110

Battles & Battles Tile, Inc.
4660 Holston Dr
Knoxville, TN 37914

Best Priced Equipment
1719 N. Central St.
Knoxville, TN 37917

Gary Blevins
832 Wrights Rd.
Alcoa, TN 37701

Brandon's Inc.
6714 Kingston Pike
Knoxville, TN 37919

Business Builders, Inc.
1318 Dale St., Suite 110D
Raleigh, NC 27605

Carolina Door Controls, Inc.
P.O. Box 62159
Baltimore, MD 21264-2159

Charles A. Wells Sales Co.
PO Box 683
Powell, TN 37849

City of Clinton
100 Bowling Street
Clinton, TN 37716

City of Knoxville
P.O. Box 15001
Knoxville, TN 37901-5001


City of Knoxville - Bus Tax Div I
PO Box 1028
Knoxville, TN 37901-1028


City of Oak Ridge
Municipal Bldg-Bus Off
PO Box 1
Oak Ridge, TN 37831-0001


Clendenin Parts & Service
PO Box 1222
Goodlettsville, TN 37070


Color Place, Inc.
3841 Business Park Drive
Louisville, KY 40213


Dataworks, LLC
4550 S Windermere St
Englewood, CO 80110-5541


E. C. Johnson & Associates, PC
16633 Dallas Pkwy, #230
Addison, TX 75001


East Tennessee Lighting & Electrical
PO Box 114
Louisville, TN 37777


ECOLAB
24198 Network Place
Chicago, IL 60673-1241

Enterprise Power Sweeping
PO box 1307
Seymour, TN 37865


ERC Parts, Inc
4001 Cobb Internat'l Blvd
Kennesaw, GA 30152


Execupay, Inc.
510 Portland
San Antonio, TX 78216


F.M. George Safe & Lock Company
P.O. Box 3398
Knoxville, TN 37917


Falcon Fabricators
PO Box 40252
Nashville, TN 37204


Fesco Food Equipment Svcs Co.
2315 Sycamore Drive
Knoxville, TN 37921-1750


First Tennessee Bank
Maryville, TN 37802


First Utility District of Knox County
122 Durwood Road
Knoxville, TN 37922


Franke Resupply Systems, Inc.
8007 Innovation Way
Chicago, IL 60682-0080

FRANMAC
6405 Metcalf Ave.
Suite 503
Shawnee Mission, KS 66202


Knox County Trustee Fred Sisk,
PO Box 70
Knoxville, TN 37901


Frontier
1398S. Woodland Blvd.
Deland, FL 32720-7731


G&C TV Service
1919 N. Broadway
Knoxville, TN 37917


GE Capital
8377 E. Hartford Drive
Scottsdale, AZ 85255


George M. Coode, Jr.
2815 Rennoc Road, Suite D
Knoxville, TN 37918


Grainger
Dept 866150709
PO Box 419267
Kansas City, MO 64141-6267


Graning Paint Co, Inc.
311 N. Broadway
P. O. Box 3878
Knoxville, TN 37927-3878


Hallsdale-Powell Utility District
3745 Cunningham Dr.
PO Box 71449
Knoxville, TN 37938-1449

HM Electronics, Inc.  
14110 Stowe Dr.  
Poway, CA 92064

Hodges Doughty & Carson  
PO Box 869  
Knoxville, TN 37901

Holston Gases, Inc.  
222 Council Place  
PO Box 27248  
Knoxville, TN 37927

Hurst Heating & Air  
8527-A Asheville Highway  
Knoxville, TN 37924

IFH Foodservice Distribution  
543 12th Street Drive NW  
Hickory, NC 28603-2947

JA  
P.O. Box 641340  
Cincinnati, OH 45264-1340

John Deere Landscapes  
PO Box 403005-30384-3005  
Atlanta, GA 30384-3005

Karns Volunteer Fire Dept  
PO Bos 7184  
Knoxville, TN 37921-0007

Kaufman, Miller & Sivertsen, PC

Kendall Electric Inc.
170 Mabry Hood Rd.
Knoxville, TN 37922-2211


KFC - NCAC Note
Mail Drop L-2200
1441 Gardiner Lane
Louisville, KY 40213


KFC / YRSG
PO Box 102778
Atlanta, GA 30368-2778


KFC Corporation - Royalty
PO Box 102778
Atlanta, GA 30368-2778


KFC Minority Franchise
PO Box 1741
737 East Street
Pittsfield, MA 01202-1741


KFC National Council Adv Co-Op
1941 Bishop Lane
Suite 1000
Louisville, KY 40218-1928


King Uniform / KFC
Box 930782
Atlanta, GA 31193-0782


Kington Sewer-Septic Drain Cleaning
PO Box 50633
Knoxville, TN 37950-0633


Knox County Clerk
PO Box 1566
Knoxville, TN 37901

Knoxville Advertising Co-Op
JRN Inc, Attn: Frankie B
209 West 7th Street
Columbia, TN 38401-3233


Koontz Plumbing
PO Box 190
Blaine, TN 37709


KUB
PO Box 59017
Knoxville, TN 37950-9017


Lenoir City Utilities Board
PO Box 449
Lenoir City, TN 37771-0449


Mackiewicz & Associates



MailSouth, Inc.
PO Box 532536
Atlanta, GA 30353-2536


A.C. Masingill, Jr.
7332 Misty Meadow Place
Knoxville, TN 37919


Max Mechanical and Electrical
2419 Tamjo Dr.
Maryville, TN 37801


Miller Zell, Inc.
P.O. Box 116648
Stockbridge, GA 30368-6648

National Franchise Acceptance
c/o KGC Finance Program
400 East 22nd St, Ste A
Lombard, IL 60148


Oak Ridge Utility District
120 S. Jefferson Circle
Oak Ridge, TN 37831-4189


On Display
PO Box 644361
Pittsburgh, PA 15264-4361


One System POP
PO Box 644361
Pittsburgh, PA 15264-4361


Orkin Exterminating Company, Inc.
PO Box 1504
Atlanta, GA 30301-1504


Pepsi-Cola Company
PO Box 75948
Chicago, IL 60675-5948


Bradley Phillips
2300 Black Bear Rd.
Knoxville, TN 37923


Pitney Bowes
P.O. Box 845801
Dallas, TX 75284-5801


Richard Presley
11640 Burgess Drive
Knoxville, TN 37934

Prime Source Food Service
PO Box 671679
Dallas, TX 75267-1679


R. Len Johnson & Associates
724 Taylor Road
Knoxville, TN 37920


Dennis B. Ragsdale
Trustee Long, Ragsdale
1111 Northshore Dr. NW,S
Knoxville, TN 37919-4074


Ramada
7737 Kingston Pike
Knoxville, TN 37919


Rapid Fire Equipment, Inc
PO Box 4307
Sevierville, TN 37864


rds
1351 Dividend Drive
Suite D
Marietta, GA 30067


Reeford Cagle Plumbing
7435 Sparkle Lane
Knoxville, TN 37931


Rocky Top Materials, Inc.
PO Box 27128
Knoxville, TN 37927


Roden Electrical Supply
P.O. Box 673991
Detroit, MI 48267-3991

```
rtui
17015 Park Row
Houston, TX 77084


Mike Runyan
5481 Hickory Valley Rd.
Heiskell, TN 37754


Rural/Metro Corporation
PO Box 731049
Dallas, TX 75373-1049


Scheidel & Sullivan, CPA LLC
145 Franklin Turnpike
Suite 303
Ramsey, NJ 07446-1634


Scott's Plumbing Company, Inc.
1924 Dutch Valley Rd.
Knoxville, TN 37918


SEKFCFA, INC.
PO Box 1122
Danville, VA 24543-1122


Shoes For Crews, LLC
PO Box 504634
St. Louis, MO 63150-4634


Southeastern KFC Franchises Assoc
P.O. Box 1122
Danville, VA 24543


Southeastern Loss Management
PO Box 497
Dallas, NC 28034
```

Starr Equipment Company
dba Hobart Sales
2626 East Magnolia Ave.
Knoxville, TN 37914


Strategic / TN Division
NW 5586
PO Box 1450
Minneapolis, MN 55485-5586


Swisher Hygiene


Taco Bell Corp
PO Box 116946
Atlanta, GA 30368-6946


Taco Bell Corp / NAFA
PO Box 955638
St. Louis, MO 63195-5638


TDS Telecom
PO Box 94510
Palatine, IL 60094-4510


Tennessee Dept of Labor
Tennessee B&E Division
220 French Landing Drive
Nashville, TN 37243


Tennessee Dept of Revenue
PO Box 378
Knoxville, TN 37901-0378


Tennessee Secretary of State
Wm R. Snodgrass Twr, Fl 6
312 Rosa L Parks Ave
Nashville, TN 37243-1102

Texas Workforce Commission
PO Box 149363
Austin, TX 78714-9363


The Steritech Group Inc.
PO Box 472127
Charlotte, NC 28247-2127


Transglobal Gas & Oil Co.
PO Box 50035
Knoxville, TN 37950-0035


Trendco Supply Company
P.O. Box 630419
Cincinnati, OH 45263-0419


Trugreen Chemlawn
PO Box 779
3312 N. Park Blvd.
Alcoa, TN 37701-3206


Two Men And A Lawn Mower
7144 Pisa Circle
Corryton, TN 37721


UFPC
P.O. Box 32033
Louisville, KY 40232


UFPC Parts Connection
NW 5848
PO Box 1450
Minneapolis, MN 55485-5848


UFPC Smallwares Connection
PO Box 73184
Cleveland, OH 44193

```
Wasserstrom Company
477 S. Front St.
Columbus, OH 43215


Waste Management of Tennessee-Knoxville
2555 Meridian Blvd Suite 200
Franklin, TN 37067


West Knox Utility District
PO Box 51370
Knoxville, TN 37950-1370
```